

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2015

No. 04-14-00913-CV

David **MEDRANO**,
Appellant

v.

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**, Successor by Merger Lawyers
Title Insurance Corporation, Barclays Capital Real Estate Inc. d.b.a HOMEQ, as servicing Agent
for Duetsche Bnk. National Trust Company as Trustee,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-00027
The Honorable Richard E. Price, Judge Presiding

## O R D E R

On April 21, 2015, this court ordered appellant David Medrano to file proof by May 1, 2015, that he had paid the court reporter for the supplemental record requested by appellees. *See* TEX. R. APP. P. 34.6(c)(2)-(3). The court reporter has advised the court that payment has not been made.

We therefore **order** that appellant is not entitled to the presumption in Texas Rule of Appellate Procedure 34.6(c)(4). In the court's review of appellant's issues, the court will presume the omitted parts of the record support the trial court's judgment. *See Bennett v. Cochran*, 96 S.W.3d 227, 228-229 (Tex. 2002).

If appellee nevertheless desires a supplemental record, appellee must make arrangements with the court reporter for payment and notify this court it has done so by **May 18, 2015**.[1]

Luz Elena D. Chapa, Justice

---

[1] In its review of the issues presented on appeal, the court will consider the entire record presented, without regard to which party paid for the record.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2015.



Keith E. Hottle
Clerk of Court